```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/14/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENALDO CELESTIN,

        Petitioner,

        v.

THOMAS DECKER, in his official capacity as Field Office Director of the Immigration and Customs Enforcement ("ICE") New York City Field Office; DIANE MCCONNELL, in her official capacity as Assistant Field Office Director for the ICE New York City Field Office; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); JOHN F. KELLY, in his official capacity as Secretary of DHS; JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as the Attorney General of the United States; ERIC TAYLOR, in his official capacity as Director of Hudson County Correctional Facility,

        Respondents.

No. 17-CV-2419 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated today on the record, the petitions for a preliminary injunction and writ of habeas corpus are granted.

    Respondents shall release Petitioner Renaldo Celestin—A-Number: ▮▮▮▮▮▮▮▮▮—from detention on payment of a bond in the amount of $2,000.

SO ORDERED.

Dated:    June 14, 2017
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge